UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. 1:05-M-121A

RICHARD ROMA

ORDER APPOINTING CJA PANEL ATTORNEY

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that a CJA Panel Attorney be appointed to represent said defendant in this cause until further order of the Court.

By Order

Deputy Clerk
October 14, 2005

ENTER:

Lincoln D. Almond
U.S. Magistrate Judge
October 14, 2005