AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA
V.
Richard Roma

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05M121A

I, Richard Roma, charged in a ☑ complaint ☐ petition pending in this District with possession of a sawed-off shotgun in violation of Title 26, U.S.C., 5841, 5861(d) and 5871, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

[signature]
*Defendant*

10/20/05
*Date*

[signature]
*Counsel for Defendant*